IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEZLI LYNNE BYRUM,

    Plaintiff,

    vs.

COMPASS VISION, INC., et al.,

    Defendants.

_____/

Case No. 3:09-cv-02016

**(~~PROPOSED~~) ORDER TO APPEAR TELEPHONICALLY AT THE STATUS CONFERENCE**

**Date:  August 17, 2009**
**Time:  ~~10:30 a.m.~~   4:00 P.M.**
**Dept.:  G  15th Floor**
**Judge:  Hon. Bernard Zimmerman**

    HAVING CONSIDERED Defendant's, National Medical Services, Inc., d/b/a NMS LAB'S Request to Appear Telephonically at the Case Management Conference and good cause appearing.

    IT IS HEREBY ORDERED that Defendant, National Medical Services, Inc., d/b/a NMS LAB'S shall appear telephonically at the Case Management Conference on August 17, 2009, at ~~10:30 a.m.~~ 4:00 P.M.  Defendant, National Medical Service, Inc., d/b/a NMS LAB'S shall arrange through CourtCall LLP for appearance at the Case Management Conference.

Dated: ___July 22, 2009___

_____
Judge of the District Court