Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEZLI LYNNE BYRUM, LORI ANN HALES, RACHEL JACOBSON, ELIZABETH J. McINTOSH, and JULIE STRETZ<br><br>Plaintiffs,<br><br>vs.<br><br>COMPASS VISION, INC.; and NATIONAL MEDICAL SERVICES, INC., d/b/a NMS LABS<br><br>Defendants. | CASE NO. **3:09-cv-02016-BZ**<br><br>**[PROPOSED]** **ORDER TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**<br><br>Date: August 17, 2009<br>Time: 4:00 p.m.<br>Dept: G, 15th Fl.<br>Judge: Hon. Bernard Zimmerman<br><br>Complaint Filed: June 5, 2009<br>**Trial Date:** **Not Set** |

HAVING CONSIDERED Defendant COMPASS VISION, INC.'S Request to Appear Telephonically at the Case Management Conference and good cause appearing:

IT IS HEREBY ORDERED that Defendant COMPASS VISION, INC. shall appear telephonically at the Case Management Conference on August 17, 2009, at 4:00 p.m. The conference call should be scheduled through CourtCall, LLC.

Dated: July 29, 2009

*/s/ Bernard Zimmerman*
Judge of the District Court
Bernard Zimmerman

CMPVS/1046170/6864451v.1

-1-

[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY         CASE NO. 3:09-cv-02016-BZ