DAVID F. BEACH, ESQ. (SBN 127135)
WILLIAM D. ANDERSON (SBN 053071)
PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ, LLP
438 First Street, Fourth Floor
Post Office Box 1028
Santa Rosa, CA 95402-1028
Telephone: (707) 525-8800
Facsimile: (707) 545-8242
Email beach@perrylaw.net
Email anderson@perrylaw.net

CHRISTIAN BARRETT GREEN, ESQ. (SBN 173502)
Law Offices of Samuel G. Grader
1860 Howe Avenue, Suite 350
Sacramento, CA 95825
Telephone (916) 567-6420
Facsimile (866-903-4464)
Email Christian.Green@cna.com

Attorneys for Defendant NATIONAL MEDICAL SERVICES, INC., D/B/A/ NMS LABS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEZLI LYNNE BYRUM, LORI ANN HALES, RACHEL JACOBSEN, ELIZABETH J. McINTOSH, and JULIE STRETZ, <br><br>     Plaintiffs, <br><br> CASE NO. **3:09-cv-02016-BZ** <br><br><br><br> COMPASS VISION, INC., , NATIONAL MEDICAL SERVICES, INC., d/b/a NMS LABS, <br><br>     Defendants. <br>_____/ <br> / / / | [~~PROPOSED~~] **ORDER TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFRENCE** <br><br> Date:   August 17, 2009 <br> Time:  4:00 p.m. <br> Dept:  G, 156th Fl. <br> Judge: Hon. Bernard Zimmerman <br><br> Complaint Filed:   June 5, 2009 <br> Trial Date:              Not Set |

_____

REQUEST TO APPEAR TELEPHONICALLY AT CMC     CASE NO.:  3:09-cv-02016 BZ     1

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NATIONAL MEDICAL SERVICES, INC., D/B/A/ NMS LABS (NMS LABS) counsel respectfully requests the Court's permission to appear telephonically at the Case Management Conference scheduled for August 17, 2009, at 4:00 p.m.

NMS LABS counsel can effectively participate in the Case Management Conference by telephone can no party will suffer prejudice or inconvenience as a result of such telephonic appearance.

Dated:   August 10, 2009

_____
Judge of the District Court
Bernard Zimmerman

Counsel shall contact CourtCall, telephonic court appearances at 1-888-882-6878, and make arrangements for the telephonic conference call.