**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| **LEZLI LYNNE BYRUM, LORI ANN HALES, RACHEL JACOBSON, ELIZABETH J. McINTOSH, and JULIE STRETZ**<br><br>**Plaintiffs**<br><br>v.<br><br>**COMPASS VISION, INC. and NATIONAL MEDICAL SERVICES, INC. d/b/a NMS LABS,**<br><br>**Defendants** | CASE NO. 3:09cv2016-BZ<br><br>[PROPOSED] **ORDER TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**<br><br>Date:   August 17, 2009<br>Time:   4:00 p.m.<br>Dept:   G, 15th Floor<br>Judge: Hon. Bernard Zimmerman<br><br>Complaint Filed:   June 5, 2009<br>Trial Date:             Not Set |

HAVING CONSIDERED Plaintiffs, LEZLI LYNNE BYRUM, LORI ANN HALES, RACHEL JACOBSON, ELIZABETH J. McINTOSH, and JULIE STRETZ counsel's Request to Appear Telephonically at the Case Management Conference and good cause appearing:

IT IS HEREBY ORDERED that Plaintiffs' counsel shall appear telephonically at the Case Management Conference on August 17, 2009, at 4:00 p.m.  The conference call should be scheduled through CourtCall, LLC.

Dated: August 11, 2009

_____
Judge of the District Court, BERNARD ZIMMERMAN

**Counsel shall contact CourtCall, telephonic court appearances at 1-888-882-6878, and make arrangements for the telephonic conference call.**

[Proposed] Order Granting Request to Appear Telephonically            Case No. 3:09cv02016 BZ