RECEIVED
2010 APR 14 P 2:20
RICHARD...
...DISTRICT COURT
...DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEZLI BYRUM, et al.,

               Plaintiff,

    v.

COMPASS VISION, INC., et al.

               Defendant.

**CASE NO.** 09-CV-02016 BZ

~~(Proposed)~~
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

Robert A. Swider                        , whose business address and telephone number is

Swider Medeiros Haver LLP
621 SW Morrison, Suite 1420
Portland, OR 97205           Telephone:  (503) 241-9577

and who is an active member in good standing of the bar of  the State of Oregon

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing  Compass Vision, Inc.

       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:  April 16, 2010

                                United States Magistrate Judge
                                Bernard Zimmerman

*United States District Court*
*For the Northern District of California*