|    |                                      |                                      |
|----|--------------------------------------|--------------------------------------|
| 1  |                                      |                                      |
| 2  |                                      |                                      |
| 3  |                                      |                                      |
| 4  |                                      |                                      |
| 5  |                                      |                                      |
| 6  |                                      |                                      |
| 7  |                                      |                                      |
| 8  |                                      |                                      |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DISTRICT**

| | | |
|---|---|---|
| 12 | LEZLI LYNNE BYRUM, et al. | ) CASE NO. 09-cv-02016-BZ |
| 13 | Plaintiffs, | ) |
| 14 | v. | ) **ORDER GRANTING APPLICATION FOR TELEPHONIC APPEARANCE AT MOTION HEARING** |
| 15 | | ) |
| 16 | COMPASS VISION, INC., et al., | ) |
| 17 | Defendants. | ) |
| 18-20 | | ) |
| 21 | COMPASS VISION, INC. | Hearing: Date: June 30, 2010 |
| 22 | | Time: 10:00am |
| 23 | Third-Party Plaintiff/Counter-Defendant, | Place: Dept. G, 15th Floor |
| 24 | v. | Judge: Hon. Bernard Zimmerman |
| 25 | MAXIMUS, INC. | Complaint filed: May 7, 2009<br>Third Party Complaint filed: April 14, 2009 |
| 26-27 | Third-Party Defendant/Counter-Claimant | Trial Date: November 29, 2010 |
| 28 | | |

09-cv-02016-BZ

ORDER GRANTING APPLICATION FOR TELEPHONIC APPEARANCE AT MOTION HEARING

1  **IT IS HEREBY ORDERED** that *pro hac vice* counsel of record for Defendant
2  and Third Party Plaintiff/Counterdefendant, Compass Vision, Inc. is authorized to
3  appear telephonically at the Motion Hearing scheduled for June 30, 2010 at 10:00 a.m.
4      Five minutes before the time the Court is ready to hear the Motion Hearing in the
5  above-entitled matter, counsel shall call the Court clerk [or, counsel is permitted to
6  schedule a telephonic appearance for the Motion Hearing through the services of
7  CourtCall].

Dated: _____, 2010

                                                                     Hon. Bernard Zimmerman
                                                                       Judge of the District Court



DATED: 6/11/2010

**DENIED**

1                                                                                09-cv-02016-BZ
ORDER GRANTING APPLICATION FOR TELEPHONIC APPEARANCE AT MOTION HEARING