UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**JURY TRIAL CIVIL MINUTE ORDER**

**Case No.** C07-5642 BZ         **Case Name:** Laura Fujisawa, et al. V Compass Vision, et al.

**Date:** December 14, 2010         **Time:** 6 hours and 35 mins

**The Honorable Bernard Zimmerman**

**Clerk:** Ada Yiu         **Court Reporter:** Connie Kuhl

**COUNSEL FOR PLTF:**                **COUNSEL FOR DEFT:**

**Norman Perlberger & Steven Kane**         **David Lavine & David Beach**

Trial Began: **11/29/2010**         Further Trial: **12/15/2010**

**Trial Motions Heard:**                **Disposition**

1. 
2. 
3. 

Other:

Closing arguments presented by Mr. Perlberger, Mr. Lavine, and Mr. Beach. The jury commenced their delibrations.

Verdict:


Disposition of Exhibits: