UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C07-5642 BZ**
Case Name: **Laura Fujisawa, et al. v Compass Vision, et al.**

TRIAL SHEET, EXHIBIT and WITNESS LIST

| **JUDGE** | **PLAINTIFF ATTORNEY:** | **DEFENSE ATTORNEY**: |
|---|---|---|
| Bernard Zimmerman | Norman Perlberger & Steven Kane | David Lavine & David Beach |

| **TRIAL DATE:** 12/14/2010 | **REPORTER(S):** Connie Kuhl | **CLERK**: Ada Yiu |
|---|---|---|

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:23 a.m. | | | Outside the presence of the jury, Court and counsel confer re: trial schedule and exhibits. | |
| | | 8:31 a.m. | | | The jury is present in the courtroom. Mr. Perlberger presents closing arguments for plaintiffs. | |
| | | 9:18 a.m. | | | Mr. Lavine presents closing arguments for defendant Compass Vision. | |
| | | 10:10 a.m. | | | Court called for the morning recess. | |
| | | 10:27 a.m. | | | Court reconvenes, all parties present. Mr. Beach presents closing arguments for defendant NMS. | |
| | | 11:05 a.m. | | | Mr. Perlberger presents reply closing statement for plaintiffs. | |
| | | 11:29 a.m. | | | The Court recites to the jury on the applicable laws therein. | |
| | | 11:47 a.m. | | | The jury retires to the jury room to commence their deliberations. | |
| | | 11:48 a.m. | | | Outside the presence of the jury, Court hears arguments on exhibits. | |
| | | 12:40 p.m. | | | Court stands in recess. | |
| | | 2:45 p.m. | | | Outside the presence of the jury, Court hears arguments on exhibits. | |
| | | 2:58 p.m. | | | The jury is present in the courtroom. The jury is admonished and excused for the day. Court is adjourned for the day and continued to December 15, 2010 at 8:30 a.m. | |